UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JIMMY WELCH**                                         CIVIL ACTION

versus                                                  NO. 12-553

**TENSAS DETENTION CENTER**                             SECTION: "F" (1)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Jimmy Welch** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 6th day of AUGUST, 2012.

_____
UNITED STATES DISTRICT JUDGE